P. Kristofer Strojnik, Bar No. 242728
pstrojnik@strojniklaw.com
THE STROJNIK FIRM LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:    602.510.9409
Fax Number: 602.773.0370

Attorneys for Plaintiff
THERESA BROOKE

Amanda J. Beane, Bar No. 310185
ABeane@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:    206.359.8000
Fax Number: 206.359.4965

Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:    415.344.7000
Fax Number: 415.344.7050

Attorneys for Defendant
RAAJ BERKELEY OWNER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>RAAJ BERKELEY OWNER LLC, a Delaware limited liability company dba Graduate Berkeley,<br><br>Defendant. | Case No. 3:19-cv-07505<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Theresa Brooke ("Plaintiff") and Defendant RAAJ Berkeley Owner LLC ("Defendant") (collectively, the "Parties") hereby file this Stipulation of Dismissal with Prejudice.

The Parties have agreed upon a confidential, non-judicial resolution of all claims and causes of action in the above-captioned matter. Accordingly, the Parties stipulate to the dismissal of this action with prejudice, and with all costs to be borne by the respective party incurring the same. This stipulation disposes of all claims and all parties.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: January 14, 2020              **THE STROJNIK FIRM LLC**

By:*/s/ P. Kristofer Strojnik*_____
     P. Kristofer Strojnik

Attorneys for Plaintiff
THERESA BROOKE

DATED: January 14, 2020              **PERKINS COIE LLP**

By:  */s/ Aaron J. Ver*_____
     Amanda J. Beane
     Aaron J. Ver

Attorneys for Defendant
RAAJ BERKELEY OWNER LLC

### DECLARATION OF APPROVAL TO JOINTLY FILE

I, Aaron J. Ver declare that I have obtained the concurrence and approval of each Signatory to this document to electronically file it using the Court's ECF system pursuant to Civil Local Rule 5-1(i)(3).

*/s/ Aaron J. Ver*_____
Aaron J. Ver